**CITY OF HARLAN, Appellant,**

**v.**

**Virgil EVERSOLE, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1957.

H. M. Brock & Sons, Harlan, for appellant.

Daniel Boone Smith, Harlan, for appellee.

PER CURIAM.

Motion for an appeal from a judgment fixing the assessed valuation of property for city taxation.

A final judgment of the Harlan Quarterly Court established the valuation of the property for 1948 taxes at $108,700. The Board of Supervisors raised the valuation for 1952 taxes to $185,000. The circuit court, upon a stipulation that there had been no material increase in· the value of the property between the two assessing periods, felt bound by the first quarterly court judgment. The judgment is correct. See McCracken Fiscal Court v. McFadden,

275 Ky. 819, 122 S.W.2d 761; Kentucky River Coal Corp. v. Knott County, 245 Ky. 822, 54 S.W.2d 377.

Motion for an appeal overruled, and the judgment stands affirmed.